UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE                     DIVISION

## EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### TO BE USED BY PRO SE LITIGANTS IN ACTIONS
### FILED UNDER 42 U.S.C. § 2000e. et seq., (Title VII of the Civil Rights Act)
### 29 U.S.C. § 621. et seq., (Age Discrimination in Employment Act)
### OR 42 U.S.C. § 12112. et seq., (Americans with Disabilities Act)

YILI TSENG

_____,

(Name of Plaintiff)

vs.

CASE NO: $4080,91\text{-}Srm/wes$

(To be assigned by Clerk)

FLORIDA A & M UNIVERSITY, AND
_____,

FLORIDA A & M UNIVERSITY BOARD OF TRUSTEES

(Name of Defendant which should

generally be the name of the Employer.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 FEB 27   PM 1: 15

FILED

## I.   PARTIES:

### A.   PLAINTIFF:

State your full name, full mailing address, and phone number:

Name of Plaintiff: Yili Tseng

Mailing address: 3209 Stoneburg Ct. Apt. G
Greensboro, NC 27409-8807

Phone #   ( 336) 664-8037

### B.   DEFENDANT(S):

State the name of the Defendant in the first line (place where you were employed or sought employment) and mailing address.

Defendant's name: Florida A & M University
Mailing address:  Rm. 400 Lee Hall
Florida A & M University
Tallahassee, FL 32307

## PLEASE CONTINUE ANSWERING ALL QUESTIONS ON THE FOLLOWING PAGES

## II.   FACTUAL BACKGROUND:

1.   Defendant Employer is: _Florida A & M University_

2.   Defendant's business is: _University_

     Business address - location of headquarters: _400 Lee Hall, Florida A & M University_
     _Tallahassee, FL 32307_

3.   Plaintiff ☒ sought employment from Defendant on _July 2006_
     or ☒ was employed by Defendant from _08/2001_ until _05/2005_.

4.   The location where Plaintiff was employed or sought employment was:
     (street address) Dept. of _Computer & Information Sciences_, FAMU
     (city/county and state) _Tallahassee/Leon, Florida_

5.   Plaintiff filed charges against Defendant with the Equal Employment Opportunity
     Commission on: _March 29, 2007_.

6.   The Respondent(s) named on the EEOC charging document: _____
     _Florida A & M University_ _____. (attach document).

7.   Defendant discriminated against Plaintiff as described in Section III of this complaint on
     or about _3_ (day) _July_ (month), and _2006_ (year).

8.   As claimed in the EEOC charging document, Defendant discriminated against Plaintiff
     because of Plaintiff's:   ☐ gender/sex _____ (please identify)
     ☐ race _____                ☐ color _____
     ☐ religion _____             ☒ national origin _Taiwan (language issue)_
     ☐ disability _____                      ☐ age _Date of Birth is_ _____
     ☐ other (explain): _____

9.   Defendant discriminated against Plaintiff when Defendant:
     ☒ failed to hire Plaintiff              ☐ terminated Plaintiff's employment
     ☐ failed to promote Plaintiff           ☐ retaliated against Plaintiff
     ☐ failed to accommodate Plaintiff's disability        ☐ unequal treatment
     ☐ other (explain): _____

10.  The EEOC issued a Notice of Right to Sue which was dated: _11/27/2007_ and
     which was received by Plaintiff on _11/30/2007_.
     » »   The notice is attached to this complaint.   ☒ yes ☐ no   « «

11.  Plaintiff also filed charges concerning this discrimination with the Florida Commission on
     Human Relations on: _____ or ☒ did not file.

**JURISDICTIONAL AND STATUTORY BASIS OF CLAIM:**

This action is brought for discrimination in employment pursuant to:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin)

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117

*Note: To bring suit in federal court under any of the above Acts, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.

## III. STATEMENT OF FACTS:

Briefly state the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. *You must set forth separate factual allegations in separately numbered paragraphs.* Additional pages may be added to state the relevant facts if necessary. Absent extraordinary circumstances, no more than two (2) additional pages should be attached.

Please read the attachments.

4

III STATEMENT OF FACTS

1.  Plaintiff, YILI TSENG, is a citizen of Taiwan and received a Ph. D. degree in
    Computer Engineering from the University of Central Florida in December 2000.
    TSENG has the required English fluency to teach in a university even his native
    language is not English.

2.  In August 2001, Plaintiff, YILI TSENG, was recruited as an assistant professor
    by the Chairman of the Computer and Information Sciences (CIS) Department of
    Florida A & M University, Dr. Marion Harmon, with the impression that a tenure
    track position was offered. Several days after the offer was made, Dr. Edward L .
    Jones took over the Chairman position and made the employment
    recommendation to the University. TSENG did not know the offer was a visiting
    position instead of tenure track position until he received his contract, two
    months after accepting the position. Jones never explained why the position was
    visiting.

3.  In August 2002, Jones secretly offered a tenure track assistant professor position
    to Jason Black, an African American, without advertising the position. Black was
    not qualified for the assistant professor position because he did not receive his
    Ph.D. degree until December 2004.

4.  In the summer of 2003, the CIS Department solicited several assistant professor
    positions. TSENG applied for one of the positions and was interviewed.
    However, only Bhanu Prasad, an Eastern Indian, was awarded a tenure track
    assistant professor position. The CIS Department never explained about the
    denial of TSENG's application despite TSENG's qualifications were better than
    those of Prasad. Although Prasad had three years of college teaching experience,
    TSENG has two years plus solid proofs of teaching excellence which Prasad did
    not possess. TSENG was nominated for FAMU's Teacher of the Year Award in
    2002 and directed several students to win major awards in significant
    competitions.

5.  In the spring of 2005, the CIS Department advertised four tenure track assistant
    professor positions. TSENG applied for the position, No. 19033, and was
    interviewed. However, only Hong-Mei Chi, a Chinese, was recommended for the
    tenure track assistant professor position despite her qualifications were
    apparently inferior to those of TSENG. TSENG's employment with FAMU

ended in May 2005 as a result of four-year limitation of visiting positions which TSENG was never told of. The CIS Department never revealed the reason of the denial of TSENG's application.

6.  As the recommendation for Chi was not approved by the University, the CIS Department once again advertised the position, No. 19033, in April 2006. TSENG and Chi submitted applications. TSENG was not interviewed. Chi was offered the position as a tenure track position and was hired upon execution of the contract in August 2006. Again, The CIS Department never explained why TSENG was not selected

7.  In March 2007, TSENG filed a complaint with Equal Employment Opportunity Commission (EEOC). In the response of FAMU, which was adopted by EEOC, FAMU indicated that Jones stated Chi was recommended because she worked well and collaborated with ALL faculty members; and, her communication skills SURPASSED those of TSENG. All three allegations are untrue and misleading. TSENG had four years of college teaching experiences while Chi had only one year in 2005. Chi has never been nominated for Teacher of the Year Award or directed students to win awards in any competition. TSENG has taught three graduate courses with high praise from students and directed a graduate student to publish a research paper while Chi had no similar experiences. This kind of credential was listed as preference on the advertisement. Collaboration with faculty members was not required in job descriptions. However, this criterion was unfairly adopted for Chi. TSENG's excellent performance proves his English ability is sufficient to teach while evidence shows that Chi's English ability is inadequate. Therefore, it is incredible that Chi's communication skills surpassed those of Tseng

8.  Judged by the facts that the language issue was raised while biased and untrue rationales were given in the response provided by FAMU and the weird hiring patterns shown by the CIS Department, this complaint is for discrimination based on national origin.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

12.   The facts as set forth above in Section III of this complaint:
      ☒ are still being committed by Defendant against Plaintiff
      ☐ are no longer being committed by Defendant against Plaintiff
13.   Plaintiff:   ☐ still works for Defendant   ☒ no longer works for Defendant, or not hired.

5

14.    If this is a disability-related claim, did Defendant deny a request for a reasonable
       accommodation?      ☐ yes    ☐ no    Explain: _____

_____

## IV.    REQUEST FOR RELIEF:

       As relief from the allegations of discrimination as stated above, Plaintiff prays that the
Court grant the following relief to Plaintiff:
       ☐ Defendant be directed to employ Plaintiff
       ☐ Defendant be directed to re-employ Plaintiff
       ☐ Defendant be directed to promote Plaintiff
       ☒ Defendant be directed to _pay back pay and loss of future wages_

       As additional relief to make Plaintiff whole, Plaintiff seeks: ____ _____ _____

       _____

       ☐ injunctive relief (please explain): _____
       ☒ monetary damages (please explain): _pain from emotional distress, mental suffering_
       ☒ costs and fees involved in litigating this case.        _humiliation_
       and such other relief as may be appropriate, including attorney's fees, if applicable.

       Plaintiff seeks a ☒ jury trial    ☐ bench trial (without jury)


**I, hereby, declare under penalty of perjury that the foregoing statements have been
written by me and are true and correct.**

_2/27/08_
     (Date)

_____
     (Signature of Plaintiff)

Yili Tseng
     (please print or type name legibly)

3209 Stoneburg Ct.

Apt. G

Greensboro, NC 27409-8807
     (full mailing address)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 511-2007-01662 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Dr. Yili Tseng | (850) 294-5782 | 01-12-1963 |

| Street Address | City, State and ZIP Code |
|---|---|
| 8325 Innsbrook Dr, Tallahassee, FL 32312 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FLORIDA A&M UNIVERSITY | 500 or More | (850) 599-3050 |

| Street Address | City, State and ZIP Code |
|---|---|
| Computer & Information Science,  Tallahassee, FL 32307 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-01-2006    Latest: 07-01-2006

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. PERSONAL HARM

I was employed with the University as a Visiting Professor for four years (2001 to 2005). In July 2006, I applied for a tenure track professor position. Respondent chose Dr. Hongmei Chi, a Chinese female, for the position. I have better qualifications than Dr. Chi.

II. DISCRIMINATION STATEMENT

I believe I have been discriminated against because of my national origin, Taiwanese, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| 4/9/07   *Date*   *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year) |

EEOC Form 161 (3/98)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Yili Tseng, Ph.D<br>3209 Stoneburg Ct. Apt. G<br>Greensboro, NC 27409-8807 | From: Tampa Field Office<br>501 East Polk Street<br>Room 1000<br>Tampa, FL 33602 |
|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR § 1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2007-01662 | Sylvia Pouncy,<br>Supervisory Investigator | (813) 202-7921 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosure(s)

Manuel Zurita,
Director

11/27/07
(Date Mailed)

cc: Elizabeth T. Mc Bride
General Counsel
FLORIDA A&M UNIVERSITY
Room 300 Lee Hall
Tallahassee, FL 32307

7005 1160 0001 4156 5019

**TAMPA FIELD OFFICE**
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
TIMBERLAKE FEDERAL BUILDING ANNEX
501 E. POLK STREET, 10TH FLOOR
TAMPA, FLORIDA 33602

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

UNITED STATES POSTAGE

PITNEY BOWES

$ 03.06°

0004601483   NOV 27 2007
MAILED FROM ZIP CODE 33602

7005 1160 0001 4156 5019


**UNITED STATES POSTAL SERVICE®**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0001 4156 5019**
Status: **Delivered**

Your item was delivered at 11:08 am on November 30, 2007 in GREENSBORO, NC 27409. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm** 

Enter Label/Receipt Number.

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA