IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

YILI TSENG,

    Plaintiff,

vs.                              Case No.: 4:08-CV-91-SPM/WCS

FLORIDA A&M UNIVERSITY,
and the
FLORIDA A&M UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 29). The parties have been furnished a copy and have been afforded an opportunity to file objections. To date, no objections have been filed.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 29) is adopted and incorporated by reference in this order.

2.     Defendant's Motion to Dismiss (doc. 19), is hereby *granted*.

3.     Plaintiff's amendment to the Complaint shall be dismissed.

4.     This matter is *remanded* to the Magistrate Judge for further

proceedings on the pending summary judgment motion.

DONE AND ORDERED this sixth day of February, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge